**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

UNITED STATES OF AMERICA,

        Plaintiff,

                                      Case. No. 3:10-cv-301-J-34JRK

v.

ANTHONY TOGNOLI and DENISE
TOGNOLI, a/k/a DENISE BATTISTA,

        Defendants.

_____/

## ORDER

      **THIS CAUSE** is before the Court on the Amended Report and Recommendation (Dkt. No. 14; Report), entered by the Honorable James R. Klindt, United States Magistrate Judge, on April 8, 2011.  In the Report, Magistrate Judge Klindt recommends 1.) that the Application for Entry of Default Against Anthony Tognoli and Denise Tognoli be granted; 2.) that Plaintiff be awarded $28,374.46 for Defendants' joint tax liability plus interest; 3.) that Plaintiff be awarded $53,658.27 for Defendant Denise Tognoli's individual tax liability plus interest; and 4.) that the Clerk be directed to enter judgment.  See Report at 9.  Defendants have failed to file objections to the Report, and the time for doing so has now passed.

      The Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge."  28 U.S.C. § 636(b).  If no specific objections to findings of facts are filed, the district court is not required to conduct a de novo review of those findings.  See Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993); see also 28 U.S.C. § 636(b)(1).  However, the district court must review legal conclusions

de novo.  See Cooper-Houston v. Southern Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994);

United States v. Rice, No. 2:07-mc-8-FtM-29SPC, 2007 WL 1428615, at * 1 (M.D. Fla. May

14, 2007).

Upon independent review of the file and for the reasons stated in the Magistrate

Judge's Report, the Court will accept and adopt the legal and factual conclusions

recommended by the Magistrate Judge.  Accordingly, it is hereby

**ORDERED:**

1.      The Magistrate Judge's Report and Recommendation (Dkt. No. 14) is

**ADOPTED** as the opinion of the Court.

2.      The Application for Entry of Default Against Anthony Tognoli and Denise

Tognoli (Dkt. No. 11) is **GRANTED**.

3.      Plaintiff is awarded $28,374.46 for Defendants' joint tax liability plus interest

at the applicable underpayment rate under section 6621(a)(2), compounded daily from

December 2, 2009 until the debt is satisfied.

4.      Plaintiff is awarded $53,658.27 for Defendant Denise Tognoli's individual tax

liability plus interest at the applicable underpayment rate under section 6621(a)(2),

compounded daily from December 2, 2009 until the debt is satisfied.

5.      The Clerk of the Court is directed to enter judgment in favor of Plaintiff and

against Anthony Tognoli and Denise Tognoli a/k/a Denise Battista in the amount of

$28,374.46, plus interest and statutory additions as provided by law, and in favor of Plaintiff

and against Defendant Denise Tognoli a/k/a Denise Battista in the amount of $53,658.27,

plus interest and statutory additions as provided by law.

6.      The Clerk of the Court is further directed to close the file.

**DONE AND ORDERED** at Jacksonville, Florida, this 2nd day of June, 2011.

MARCIA MORALES HOWARD
United States District Judge

ja

Copies to:

Honorable James R. Klindt
United States Magistrate Judge

Counsel of Record

Anthony Tognoli
18635 229th Drive, B
Live Oak, Florida, 32060

Denise Tognoli a/k/a Denise Battista
18635 229th Drive, B
Live Oak, Florida, 32060